IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID AYALA-MUNDO,
    Petitioner,

                                  Case No.  3:05cv107/MCR/EMT

BUREAU OF PRISONS, et al.,
    Respondents.
_____

## REPORT AND RECOMMENDATION

        This matter is before the court on Petitioner's amended writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 3).  Respondents filed a motion to dismiss the amended petition on the ground that Petitioner failed to exhaust his administrative remedies (Doc. 8).  In response, Petitioner filed a "Motion to Withdraw" seeking dismissal of this action to enable him to exhaust his administrative remedies (Doc. 9).  Thus, the court construes his reply as a motion for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

        In light of the fact that Respondents have effectively served an answer, this case may not be dismissed "save upon order of the court and upon such terms and conditions as the court deems proper."  Fed. R. Civ. P. 41(a)(2).  In view of Petitioner's concession that he has not exhausted his administrative remedies, the court deems it proper to dismiss the instant petition without prejudice to Petitioner's re-filing upon fulfilling the exhaustion requirement.

        Accordingly, it is respectfully **RECOMMENDED**:

        That Petitioner's "Motion to Withdraw" (Doc. 9), construed as a motion to voluntarily dismiss this habeas action, be **GRANTED**, and this action be dismissed without prejudice to Petitioner's re-filing upon exhausting his administrative remedies.

At Pensacola, Florida, this 26th day of July 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10)days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**