IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID AYALA-MUNDO,

    Petitioner,

                              Case No.  3:05cv107/MCR/EMT

BUREAU OF PRISONS, et al.,

    Respondents.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 26, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's "Motion to Withdraw" (Doc. 9), construed as a motion to voluntarily dismiss this habeas action, is **GRANTED**, and this action is dismissed without prejudice to Petitioner's re-filing upon exhausting his administrative remedies.

    **DONE AND ORDERED** this 24th day of August, 2005.

                                        _s/ M. Casey Rodgers_
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**